IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
BELL RACING EUROPE SA/NV, etc.,    )
                                   )
      Plaintiff-Counterdefendant,  )
                                   )
      v.                           )    No.  06 C 3259
                                   )
BELL SPORTS, INC., et al.,         )
                                   )
      Defendants-Counterplaintiffs.)
_____)
                                   )
BELL SPORTS, INC.,                 )
                                   )
                  Plaintiff,       )
                                   )
      v.                           )    No.  07 C 1283
                                   )
BELL RACING EUROPE SA/NV, etc.,    )
                                   )
                  Defendant.       )
```

### MEMORANDUM ORDER

In many ways each of these actions may be viewed as the mirror image of the other. Accordingly, with the lower-numbered case having been assigned to this Court's calendar and the higher-numbered case having been assigned to the calendar of this Court's colleague Honorable Ronald Guzman under this District Court's random assignment system, on April 5, 2007 the Executive Committee entered an order (with Judge Guzman's concurrence) that reassigned Case No. 07 C 1283 to this Court's calendar on relatedness grounds pursuant to LR 40.4.

Now the parties have jointly requested a stay in Case No. 06 C 3259 to enable them to pursue good faith settlement negotiations. Both because the language of that request also

extends to Case No. 07 C 1283 (albeit without mentioning the case number) and because no useful purpose will be served by the continued maintenance of these as two separate lawsuits rather than one, this Court:

    1. directs that the Complaint in Case No. 07 C 1283 be treated as a Counterclaim in Case No. 06 C 3259 (without the need for any further filing or paperwork in that respect other than the entry of this memorandum order) and dismisses Case No. 07 C 1283 without prejudice;

    2. orders that all proceedings in the now-enlarged Case No. 06 C 3259 be stayed until September 17, 2007, obviating any need in the interim to respond to outstanding requests to admit or other discovery requests; and

    3. vacates the presently scheduled July 17, 2007 status hearing date, substituting instead a status hearing date of September 17, 2007 at 9 a.m.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 5, 2007